LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Kinga L. Wright (SBN 313827)
kinga.wright@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

Attorneys for Defendants
U.S. Bancorp and U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL D. MEIER,<br><br>                          Plaintiffs,<br><br>          vs.<br><br>US BANCORP, US BANK NATIONAL ASSOCIATION, QUALITY LOAN SERVICE CORPORATION, AND DOES 1-100, inclusive,<br><br>                          Defendants. | CASE NO.: 3:18-cv-03917-JST<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br><br><br>Complaint Filed:  June 5, 2018 |

PLEASE TAKE NOTICE that LOCKE LORD LLP'S San Francisco office will change its address as of July 23, 2018. The new address is as follows:

Locke Lord LLP

101 Montgomery Street, Suite 1950

San Francisco, CA 94104

*(left margin)* **Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

1    Dated:  July 19, 2018                              Respectfully submitted,

2                                                       LOCKE LORD LLP

3

4                                                       By:  /s/ *Regina J. McClendon*

5                                                            Regina J. McClendon
                                                             Kinga L. Wright
6                                                       Attorneys for Defendants U.S. Bancorp and U.S.
                                                        Bank National Association
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

NOTICE OF CHANGE OF ADDRESS
*Meier v. US Bancorp, et al.*, Case No. 3:18-cv-03917-JST