LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
U.S. Bancorp and U.S. Bank National Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL D. MEIER,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>US BANCORP, US BANK NATIONAL ASSOCIATION, QUALITY LOAN SERVICE CORPORATION, AND DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 3:18-cv-03917-JST<br><br>**STIPULATION SETTING PARTIES' BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Complaint Filed: June 5, 2018 |

Pursuant to Section E of this Court's Standing Order for All Civil Cases, Plaintiff Carol D. Meier ("Plaintiff") and defendants U.S. Bank National Association and U.S. Bancorp ("Defendants") stipulate as follows:

**RECITALS**

1. On October 31, 2018, Defendants' counsel sent Plaintiff an email, advising of Defendants' plan to file a motion for summary judgment ("Motion") and asking whether or not Plaintiff plans to file a cross motion for summary judgment ("Cross Motion").

2. On November 1, 2018, Plaintiff indicated that she would file a Cross Motion.

1

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

3. The Parties understand that as a result, a total of four briefs are allowed: (1) Defendants' Motion; (2) Plaintiff's opposition and Cross Motion; (3) Defendants' opposition to the Cross Motion and reply in support of the Motion; and (4) Plaintiff's reply brief in support of the Cross Motion.

## **STIPULATION**

WHEREFORE, the Parties stipulate and agree to the following briefing schedule for the Parties' motions for summary judgment:

1. Defendants shall file their Motion on or before November 9, 2018.

2. Plaintiff shall file her opposition brief to Defendants' Motion and Cross Motion no later than November 26, 2018.

3. Defendants shall file their reply brief in support of their Motion and opposition brief to Plaintiff's Cross Motion no later than December 10, 2018.

4. Plaintiff shall file her reply brief no later than December 17, 2018.

5. The hearing on the Parties' motions shall be set for January 10, 2019 or on a date that is convenient to the Court.

**IT IS SO STIPULATED.**

Dated: November 8, 2018                Respectfully submitted,

                                       LOCKE LORD LLP


                                       By: */s/ Xiyi Fu*
                                           Regina J. McClendon
                                           Xiyi Fu
                                       Attorneys for Defendants U.S. Bancorp and U.S. Bank National Association


Dated: November 8, 2018                Respectfully submitted,


                                       By: */s/ Carol D. Meier*
                                           Carol D. Meier
                                           Plaintiff in *pro per*

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 8, 2018  /s/ Xiyi Fu
Xiyi Fu

**[~~PROPOSED~~] ORDER**

Good cause appearing, the Court orders as follows:

1. Defendants shall file their Motion on or before November 9, 2018.

2. Plaintiff shall file her opposition brief to Defendants' Motion and Cross Motion no later than November 26, 2018.

3. Defendants shall file their reply brief in support of their Motion and opposition brief to Plaintiff's Cross Motion no later than December 10, 2018.

4. Plaintiff shall file her reply brief no later than December 17, 2018.

5. The hearing on the Parties' motions shall be set for January 10, 2019.

IT IS SO ORDERED.

Dated: November 9, 2018

_____
Jon S. Tigar
United States District Judge