LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
U.S. Bancorp and U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL D. MEIER,<br><br>                 Plaintiffs,<br><br>vs.<br><br>US BANCORP, US BANK NATIONAL ASSOCIATION, QUALITY LOAN SERVICE CORPORATION, AND DOES 1-100, inclusive,<br><br>                 Defendants. | CASE NO.: 3:18-cv-03917-JST<br><br>**DECLARATION OF XIYI FU IN SUPPORT OF DEFENDANTS U.S. BANCORP AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 10, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 9 – 19th Floor<br><br>Complaint Filed: June 5, 2018 |

I, Xiyi Fu, declare:

1. I am an attorney at law licensed to practice in the State of California and an attorney at the law firm Locke Lord LLP, counsel of record for defendants U.S. Bancorp and U.S. Bank National Association ("Defendants"). I make this declaration based on my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth here.

2. Between September 24, 2018 and October 8, 2018, I searched the California Department of Insurance's website (https://interactive.web.insurance.ca.gov/webuser/licw_name_search$.startup) for Carole Lee

1

Depuydt Meier (Plaintiff), Sean David Morton, and Susan Rae Shumsky. I used the following search terms:

- Depuydt
- Meier C
- Meier L
- Meier D
- Morton S
- Shumsky

The search results do not show that any of these three individuals were licensed sureties as of the time the purported "payment bond" was executed. True and correct copies of the search results are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2018, at San Francisco, California.

/s/ *Xiyi Fu*
Xiyi Fu

Exhibit 1

# Name Search Results

**Disclaimer**

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Select the license number to review the license record.

**Glossary of Terms**

| License Name | License Number | Status | Business Location |
|---|---|---|---|
| DEPUYDT CHRYSSOULA PAAS | 0H78111 | Inactive | Phoenix, AZ |
| DEPUYDT GARY GEORGE | 0H70235 | Inactive | Phoenix, AZ |
| DEPUYDT RACHEL JO | 0B38012 | Inactive | Hemet, CA |

Records 1 to 3

Search Again

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - November 07, 2015 03:38 PM
Copyright © California Department of Insurance

# Name Search Results

**Disclaimer**

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry.This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Select the license number to review the license record.

Glossary of Terms

| License Name | License Number | Status | Business Location |
|---|---|---|---|
| MEIER CARL LOUIS | 0A68690 | Active | Concord, CA |
| MEIER CAROL DOLORES | 0B90349 | Inactive | Scottsdale, AZ |
| MEIER CAROL DOROTHY | 0F30225 | Inactive | North Hills, CA |
| MEIER CECELIA | 0665515 | Inactive | Chula Vista, CA |
| MEIER CHARLES AUSTIN | 0C90094 | Inactive | Orange, CA |
| MEIER CHRISTINE ELIZABETH | 0F39348 | Inactive | Exton, PA |
| MEIER CINDY LOUISE | 0K55541 | Active | Temecula, CA |
| MEIER CRAIG ALLEN | 0A92891 | Active | San Leandro, CA |
| MEIER COMMERCIAL INSURANCE BROKERAGE | 0789953 | Inactive | Mill Valley, CA |

Records 1 to 9

Search Again

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - November 07, 2015 03:38 PM
Copyright © California Department of Insurance

# Name Search Results

**Disclaimer**

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Select the license number to review the license record.

**Glossary of Terms**

| License Name | License Number | Status | Business Location |
|---|---|---|---|
| MEIER LEIGH ADELE | 0G39968 | Active | Colorado Springs, CO |

Record 1

Search Again

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - November 07, 2015 03:38 PM
Copyright © California Department of Insurance

# Name Search Results

### Disclaimer
The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry.This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Select the license number to review the license record.

**Glossary of Terms**

| License Name | License Number | Status | Business Location |
|---|---|---|---|
| MORTON SANDRA ANN | 0H64373 | Inactive | Merced, CA |
| MORTON SCOT CHARLES | 0564195 | Active | Santa Clara, CA |
| MORTON SCOTT BURNEY | 0C34685 | Inactive | Vero Beach, FL |
| MORTON SHAMARA MARIE | 0M28303 | Active | Greenville, SC |
| MORTON SHANTE REGINA | 0D51644 | Inactive | Colton, CA |
| MORTON SHARON KAY | 0K03470 | Active | Etowah, TN |
| MORTON SHAUNA KAYE | 0F46969 | Inactive | Roanoke, VA |
| MORTON SHEILA LYNNE | 0D09421 | Inactive | Fort Wayne, IN |
| MORTON SHELLEY JAN | 0E44589 | Inactive | Golden, CO |
| MORTON SHIRLEY MAXINE | 0736451 | Inactive | San Francisco, CA |
| MORTON SIYUAN C | 0I86866 | Inactive | San Diego, CA |
| MORTON SIYUAN CHEN | 0I86866 | Inactive | San Diego, CA |
| MORTON SONIA INOCENTA | 0D29130 | Active | Rohnert Park, CA |
| MORTON SPENCER D | 0M26583 | Active | San Jose, CA |
| MORTON SPENCER DAVIS | 0M26583 | Active | San Jose, CA |
| MORTON STEPHEN BRENT | 0G49597 | Inactive | Boise, ID |
| MORTON STEPHEN F | 0616156 | Inactive | Irvine, CA |
| MORTON STEVEN | 0K80112 | Active | Phoenix, AZ |
| MORTON STEVEN H | 0B91780 | Inactive | Greensboro, NC |
| MORTON STEVEN HENDRIE | 0B91780 | Inactive | Greensboro, NC |
| MORTON SUE WILLIAMS | 0815287 | Inactive | Burbank, CA |
| MORTON SUSAN | 0B66334 | Active | Los Angeles, CA |
| MORTON SUSAN E | 0I86031 | Inactive | Eureka, CA |
| MORTON SUSAN ELIZABETH | 0I86031 | Inactive | Eureka, CA |
| MORTON SUSAN RAE | 0D04426 | Inactive | Sacramento, CA |
| MORTON SEIDEL & COMPANY, INC. | 0782254 | Active | Beverly Hills, CA |

Records 1 to 26

Search Again

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - November 07, 2015 03:38 PM

Copyright © California Department of Insurance

# Name Search Results

**Disclaimer**

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Select the license number to review the license record.

**Glossary of Terms**

| License Name | License Number | Status | Business Location |
|---|---|---|---|
| SHUMSKY MIZUKI | 0L86959 | Active | Los Angeles, CA |

Record 1

Search Again

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - November 07, 2015 03:38 PM
Copyright © California Department of Insurance

# Name Search Results

### Disclaimer

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry.This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Select the license number to review the license record.

**Glossary of Terms**

| License Name | License Number | Status | Business Location |
|---|---|---|---|
| MEIER DANIEL FRANK JR | 0056396 | Inactive | Vallejo, CA |
| MEIER DAVID BRADLEY | 0H68617 | Inactive | Folsom, CA |
| MEIER DAVID LEE | 0K98212 | Inactive | Holland, MI |
| MEIER DAWN MARIE | 0D60253 | Inactive | Caledonia, MI |
| MEIER DEANNA CANDACE | 0H15116 | Inactive | Escondido, CA |
| MEIER DIANA | 0H29770 | Inactive | Phoenix, AZ |
| MEIER DONALD ALAN | 0A29126 | Inactive | Tustin, CA |
| MEIER DOUGLAS R. | 0F83365 | Active | Clifton, NJ |

Records 1 to 8

Search Again

If no names appear, your search did not find any matches. Please return to the Name Search and try again.

Last Revised - November 07, 2015 03:38 PM
Copyright © California Department of Insurance