# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 27, 2018 	Judge: Jon S. Tigar

Time: 8 minutes

Case No. **3:18-cv-03917-JST**
Case Name **Carol DePuydt Meier v. US Bancorp, et al.**

Attorney for Plaintiff: 	Carol D. Meier – Pro Se

Attorney for Defendants: 	Xiyi Fu

Deputy Clerk: William Noble 	Court Reporter: Not reported

## PROCEEDINGS

Initial case management conference.

## RESULT OF HEARING

1. The Court will not refer the parties to ADR before the hearing on the motion for summary judgment. The summary judgment briefing, and hearing schedule is unchanged.